IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Blitz Enterprises, LLC,　　　　　　　　　　　　　　Case No. 3:14 CV 2403

　　　　　Plaintiff

　　v.　　　　　　　　　　　　　　　　　　　　**ORDER**

Melissa Kehr,

　　　　　Defendant

Defendant Melissa Kehr brings this *pro se* action to remove a forcible entry and detainer action filed against her in the Sandusky Municipal Court by Plaintiff Blitz Enterprises, LLC. Defendant asserts removal is appropriate because the forcible entry and detainer action violates the Civil Rights Act of 1968.

A previous action filed by Defendant's co-defendant attempting to remove this case to federal court was remanded for lack of jurisdiction on October 24, 2014. *See, Blitz Enterprises LLC* v. *Ebron*, N.D. Ohio Case No. 3:14 CV 1762. Defendant seeks this time to rely on *Grable & Sons Metal Products v. Darue Engineering & Manufacturing*, 545 U.S. 308 (2005). *Grable* does not provide a basis for removal, however, as the Plaintiff's forcible entry and detainer action in this case does not arguably "aris[e] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331; *Grable*, 545 U.S. at 312-14.

This matter is therefore again remanded to the Sandusky Municipal Court. No further removal actions in this case will be entertained by the Court.

So ordered.

　　　　　　　　　　　　　　　　　　　　　　　S/James G. Carr
　　　　　　　　　　　　　　　　　　　　　　Sr. U.S. District Judge